UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **RENATO REGALADO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 3:22-cv-50297** |
| v. ) | |
| ) | Honorable Iain D. Johnston |
| **FREEPORT MEMORIAL** ) | |
| **HOSPITAL,** ) | Magistrate Margaret J. Schneider |
| ) | |
| **Defendant.** ) | |

**MOTION FOR ENTRY OF JUDGMENT**

NOW COMES Defendant, FREEPORT REGIONAL HEALTHCARE FOUNDATION, d/b/a, FHN, f/k/a Freeport Memorial Hospital, (improperly identified in the Complaint as Freeport Memorial Hospital), by and through its attorneys, ALLEN GALLUZZO HEVRIN LEAKE, LLC, and for its Motion for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58, states as follows:

1. On June 7, 2023, this Court entered a Memorandum Opinion and Order (Docket Entry No. 21), granting, in part, Defendant's Motion to Dismiss and dismissing this case without prejudice.

2. As part of its June 7, 2023, Order, the Court allowed Plaintiff, Renato Regalado, "one final opportunity" to file a second amended complaint and ordered that the "complaint must be filed by July 10, 2023."

3. Plaintiff has not filed any second amended complaint, or any other document with the Court, since the entry of the Court's June 7, 2023 order dismissing this case without prejudice.

4. Because Plaintiff has not met the Court's July 10, 2023 deadline to file an amended complaint, this case should be dismissed pursuant to the Court's June 7, 2023 Order.

WHEREFORE, Defendant, FREEPORT REGIONAL HEALTHCARE FOUNDATION, d/b/a, FHN, f/k/a Freeport Memorial Hospital, respectfully requests that this Court enter Judgment dismissing Case No 3:22-cv-50297 pursuant to the Court's June 7, 2023 Order, or for all such other relief as this Court deems just and necessary.

Dated: July 11, 2023

                Respectfully submitted,

                FREEPORT REGIONAL HEALTHCARE
                FOUNDATION, d/b/a/, FHN


                By: ALLEN GALLUZZO HEVRIN LEAKE, LLC


                    /s/ Eileen M. Caver
                        One of Its Attorneys

Eileen M. Caver, #6286929
ecaver@aghllaw.com
Allen Galluzzo Hevrin Leake, LLC
839 N. Perryville Road, Suite 200
Rockford, IL 61107
815-414-5561

**AFFIDAVIT OF SERVICE**

The undersigned certifies that on July 11, 2023, a copy of the foregoing **MOTION FOR ENTRY OF JUDGMENT** was electronically served via the U.S. District Court CM/ECF E-filing System upon the following:

Donald R. Jackson
701 N. Main St., Suite 5
Peoria, Illinois 61602
Jacksonlaw218@gmail.com

/s/ Eileen M. Caver

Eileen M. Caver, #6286929
ecaver@aghllaw.com
Allen Galluzzo Hevrin Leake, LLC
839 N. Perryville Road, Suite 200
Rockford, IL 61107
815-414-5561